UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40698
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGER CHARLES BOILES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(1:95-CR-37)
_____

February 26, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Roger Charles Boiles appeals his conviction for being a felon in the unlawful possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). Boiles maintains that the district court erred by denying his motion to suppress evidence and by denying his motion to dismiss the indictment on the ground that § 922(g)(1) is unconstitutional. Our review of the briefs and the record reveals no reversible error; we AFFIRM.

_____

        [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.